UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:08-bk-03210-PMG

In re:
MARK THOMAS BUSH and
DOREEN MARIE BUSH

            Debtors
_____/

## ORDER DISMISSING CONFIRMED CASE

The Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on June 04, 2008. The Trustee filed a Motion to Dismiss the petition of the Debtors. Upon notice and a hearing, the Court finds that dismissal of this case would be in the best interest of creditors and the estate.

**IT IS ORDERED** that:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 and the stay of action against co-debtor by 11 U.S.C. Section 1301 are lifted.

3. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

**DONE AND ORDERED** at Jacksonville, Florida on August ___27___, 2009.

PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies to:
All Interested Parties